IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA A. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-50-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| WILMINGTON TRUST, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER TO COMPLAINT

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied that any discriminatory conduct occurred.

5. Denied that any discriminatory acts occurred.

6. Denied.

7. Defendant does not have sufficient information to admit or deny this averment.

8. Defendant does not have sufficient information to admit or deny this averment.

9. Defendant does not have sufficient information to admit or deny this averment.

10. Denied.

11. Denied.

12. The charge allegedly filed with the Equal Employment Opportunity Commission was not attached.

13. Denied.

14. Denied.

## AFFIRMATIVE DEFENSES

15. The Complaint fails to state a claim upon which relief can be granted.

16. To the extent Plaintiff's Complaint was not filed within ninety (90) days of Plaintiff's receipt of a notice of right to sue, all claims arising out of the underlying charge are time-barred.

17. To the extent Plaintiff's claims are not the subject of a timely filed charge of discrimination or retaliation, Plaintiff's claims are barred for failure to exhaust administrative remedies.

18. To the extent Plaintiff has failed to mitigate her damages, she is barred from recovering from Defendant.

19. To the extent Plaintiff unreasonably delayed in filing her charge of discrimination or retaliation, her claims are barred by the doctrine of laches.

20. Notwithstanding Defendant's general denials and previous affirmative defenses, to the extent Plaintiff establishes that her sex or any claimed retaliation was a motivating factor for any employment decision challenged herein, Defendant affirmatively states that it would have taken the same action in the absence of such an impermissible motivating factor.

WHEREFORE, Defendant requests that the Complaint be dismissed and that attorney's fees and costs be assessed against the Plaintiff.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sheldon N. Sandler*
Sheldon N. Sandler, Esquire (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
Email:  ssandler@ycst.com
Attorneys for Defendant

DATED:  February 13, 2008

**CERTIFICATE OF SERVICE**

       I, **Sheldon N. Sandler**, hereby certify that on Wednesday, February 13, 2008, I electronically filed a true and correct copy of the foregoing **Answer** with the Clerk of Court using CM/ECF, and, on the same day, caused two (2) copies of such **Answer** to be served by United States First Class mail postage prepaid to the following non-registered participant:

    Rhonda A. Coleman
    16 Meghan's Way
    Pennsville, New Jersey  08070

               YOUNG CONAWAY STARGATT & TAYLOR, LLP

               /s/  *Sheldon N. Sandler*
               Sheldon N. Sandler, Esquire (Bar I.D. 245)
               The Brandywine Building, 17th Floor
               1000 West Street
               P.O. Box 391
               Wilmington, Delaware 19899-0391
               Telephone: (302) 571-6673
               Facsimile: (302) 576-3330
               E-mail: ssandler@ycst.com
               Attorneys for Defendants

DATED:  February 13, 2008