IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RHONDA A. COLEMAN                    )
                                     )
            *Pro Se* Plaintiff       )
                                     )
    v.                               )    Civil Action No. 08-50 GMS
                                     )
WILMINGTON TRUST                     )
                                     )
            Defendant                )

## SCHEDULING ORDER

At Wilmington this _13th_ day of _____Feb_____, 2008, pursuant to

Fed.R.Civ.P. 16 and D.Del.L.R. 16.2;

IT IS ORDERED that:

1.    **Joinder of other Parties and Amendment of Pleadings**. All motions to join other

parties and amend the pleadings will be filed on or before April 14, 2008.

2.    **Discovery**. All discovery will be initiated so that it will be completed on or before

August 14, 2008.

3.    **Application by Motion**. Any application to the Court will be by written motion filed

with the Clerk.

4.    The parties will not send or deliver any correspondence to Chambers. All

correspondence and pleadings must be filed directly with the Clerk of the Court. It will be the

responsibility of the parties to inform the court of any change of address.

5.    **Summary Judgment Motions**. All summary judgment motions, with accompanying

briefs and affidavits, if any, will be served and filed on or before October 14, 2008. The answering

brief will be filed on or before October 28, 2008, and the reply brief due on or before November 12, 2008.

6. Any requests for extensions of time as set forth in this Scheduling Order must be made no later than twenty-one days prior to the expiration of time.

CHIEF, UNITED STATES DISTRICT JUDGE

**FILED**

FEB 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE