IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RHONDA A. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 08-50-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| WILMINGTON TRUST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO DISMISS

1.    Plaintiff Rhonda A. Coleman ("Plaintiff") filed a *pro se* Complaint on January 26, 2008 and Defendant Wilmington Trust ("Defendant") filed an Answer on February 13, 2008.

2.    On March 14, 2008, Defendant filed its First Request for Production of Documents and First Set of Interrogatories.

3.    On May 16, 2008, counsel for Defendant sent a letter to Plaintiff pointing out that the discovery had not been answered (copies of all documents referred to herein are attached).

4.    On May 26, 2008, the Plaintiff sent counsel for Defendant an email in which she acknowledged receipt of the May 16, 2008 letter, but said that she had not received the March 14, 2008 discovery documents. She requested that a copy be sent to her.

5.    Counsel for Defendant responded to the email by asking if her address was 16 Meghan's Way, Pennsville, NJ 08070 and if she had received the Answer to her Complaint.

6. On the same date, May 27, 2008, Plaintiff replied to the email by stating that she had received the Answer to the Complaint, but she had not received the discovery. She also confirmed that the address was correct.

7. On the same date, counsel for Defendant emailed copies of the Interrogatories and Request for Production and on May 28, 2008, Plaintiff acknowledged receiving the documents and said that she would respond.

8. Plaintiff has not responded to the Interrogatories and Request for Production since receiving them on May 28, 2008. According to the Court's Scheduling Order, discovery is to be completed on or before August 14, 2008. Upon information and belief, Plaintiff has had the discovery since March 14, 2008 and according to her own acknowledgment, she has had the discovery since May 28, 2008.

WHEREFORE, Defendant moves to dismiss the Complaint since Plaintiff has failed to respond to discovery in a timely manner.

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sheldon N. Sandler*
Sheldon N. Sandler (No. 245)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6673
(302) 576-3330
ssandler@ycst.com
Attorneys for Defendant

Dated: July 14, 2008

# Young Conaway Stargatt & Taylor, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. MCBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
JOSY W. INGERSOLL
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DILIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
JANET Z. CHARLTON

ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER
DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
MAUREEN D. LUKE
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6673
DIRECT FAX:  302-576-3330
ssandler@ycst.com

JOSEPH M. BARRY
RYAN M. BARTLEY
SEAN M. BEACH
SANJAY BHATNAGAR
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
JEFFREY T. CASTELLANO
DOUGLAS T. COATS (MD ONLY)
KARA HAMMOND COYLE
KRISTEN SALVATORE DEPALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
IAN S. FREDERICKS
JAMES J. GALLAGHER
WILLIAM E. GAMGORT
SEAN T. GREECHER
NATHAN D. GROW
STEPHANIE L. HANSEN
JAMES L. HIGGINS
PATRICK A. JACKSON
DAWN M. JONES
KAREN E. KELLER

SPECIAL COUNSEL
JOHN D. MCLAUGHLIN, JR.
KAREN L. PASCALE
SETH J. REIDENBERG
PATRICIA A. WIDDOSS

JENNIFER M. KINKUS
EDWARD J. KOSMOWSKI
EVANGELOS KOSTOULAS
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
ADRIA B. MARTINELLI
KATHALEEN MCCORMICK
MICHAEL W. MCDERMOTT
TAMMY L. MERCER
MARIBETH L. MINELLA
D. FON MUTTAMARA-WALKER
JENNIFER R. NOEL
ADAM W. POFF
ROBERT F. POPPITI, JR.
SARA BETH A. REYBURN
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
RICHARD J. THOMAS
TRAVIS N. TURNER
MARGARET B. WHITEMAN
SHARON M. ZIEG

SENIOR COUNSEL
CURTIS J. CROWTHER

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND

May 16, 2008

Ms. Rhonda A. Coleman
16 Meghan's Way
Pennsville, New Jersey 08070

Re:   **Coleman v. Wilmington Trust**

Dear Ms. Coleman:

As you know I represent Wilmington Trust in the above-referenced matter. On March 14, 2008 you were sent Wilmington Trust's First Request for Production of Documents and First Set of Interrogatories. The answers were due on April 14 and have not been filed or received by me. Therefore, unless the discovery responses are filed by May 26, I will move to dismiss the case or take other appropriate action.

Very truly yours,

Sheldon N. Sandler

SNS:sde
cc:   Michael A. DiGregorio, Esquire

DB02:6825679.1

044203.1028

## Sandler, Sheldon N.

**From:** rhonda coleman [racoleman5@yahoo.com]
**Sent:** Monday, May 26, 2008 11:52 PM
**To:** Sandler, Sheldon N.
**Subject:** Rhonda Coleman - letter dated May 16, 2008

Dear Mr. Sandler,

I received your letter dated May 16, 2008.   I never received your correspondence on March 14, 2008. Please forward me a copy of this document and I will provide you the information requested as soon as possible.

Rhonda Coleman

5/27/2008

## Sandler, Sheldon N.

**From:** Sandler, Sheldon N.
**Sent:** Tuesday, May 27, 2008 1:38 PM
**To:** 'rhonda coleman'
**Subject:** RE: Rhonda Coleman - letter dated May 16, 2008

I believe the interrogatories and requests for production were mailed with the Answer. In any event, I will email you a copy of each.

Sheldon N. Sandler
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-6673
Facsimile: 302-576-3330
SSandler@ycst.com

---

**From:** rhonda coleman [mailto:racoleman5@yahoo.com]
**Sent:** Tuesday, May 27, 2008 12:59 PM
**To:** Sandler, Sheldon N.
**Subject:** Re: Rhonda Coleman - letter dated May 16, 2008

Mr Sandler - Yes, I received the answer to the complaint, but nothing that was dated March 14th. Yes that is my correct mailing address.

----- Original Message ----
From: "Sandler, Sheldon N." <SSandler@ycst.com>
To: rhonda coleman <racoleman5@yahoo.com>
Sent: Tuesday, May 27, 2008 10:31:26 AM
Subject: RE: Rhonda Coleman - letter dated May 16, 2008

Ms. Coleman - Did you receive the Answer to your Complaint? Everything was mailed to 16 Meghan's Way, Pennsville, NJ 08070. Is that your correct address?

Sheldon N. Sandler
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Phone: 302-571-6673
Facsimile: 302-576-3330
SSandler@ycst.com

---

**From:** rhonda coleman [mailto:racoleman5@yahoo.com]
**Sent:** Monday, May 26, 2008 11:52 PM
**To:** Sandler, Sheldon N.
**Subject:** Rhonda Coleman - letter dated May 16, 2008

Dear Mr. Sandler,

I received your letter dated May 16, 2008. I never received your correspondence on March 14, 2008. Please forward me a copy of this document and I will provide you the information requested as soon as possible.

Rhonda Coleman

7/11/2008

## Sandler, Sheldon N.

**From:** Sandler, Sheldon N.
**Sent:** Tuesday, May 27, 2008 1:39 PM
**To:** 'rhonda coleman'
**Subject:** Coleman v. Wilmington Trust

**Attachments:** 6668583_1.PDF



6668583_1.PDF (35 KB)

Ms. Coleman - Here are the interrogatories.

Sheldon N. Sandler
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6673
Facsimile: 302-576-3330
SSandler@ycst.com

1

## Sandler, Sheldon N.

| | |
|---|---|
| **From:** | Sandler, Sheldon N. |
| **Sent:** | Tuesday, May 27, 2008 1:40 PM |
| **To:** | 'rhonda coleman' |
| **Subject:** | Coleman v. Wilmington Trust |
| **Attachments:** | 6668566_1.PDF |



6668566_1.PDF (28 KB)

Ms. Coleman - Here are the requests for production of documents.

Sheldon N. Sandler
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6673
Facsimile: 302-576-3330
SSandler@ycst.com

1

### Sandler, Sheldon N.

**From:** rhonda coleman [racoleman5@yahoo.com]
**Sent:** Wednesday, May 28, 2008 4:50 PM
**To:** Sandler, Sheldon N.
**Subject:** Coleman v. Wilmington Trust

Thank you for sending the documents. I will review and send a response.

R. Coleman

----- Original Message ----
From: "Sandler, Sheldon N." <SSandler@ycst.com>
To: rhonda coleman <racoleman5@yahoo.com>
Sent: Tuesday, May 27, 2008 1:40:04 PM
Subject: Coleman v. Wilmington Trust

<<6668566_1.PDF>> Ms. Coleman - Here are the requests for production of documents.

Sheldon N. Sandler
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6673
Facsimile: 302-576-3330
SSandler@ycst.com

7/11/2008